[No. 66201-5-I.  Division One.  September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PHILIP OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00917-2, John M. Meyer, J., entered November 3, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Lau, JJ.

[No. 66337-2-I.  Division One.  September 17, 2012.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*, v. CATHERINE ANDERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-08468-0, Gerald L. Knight, J., entered November 8, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.

[No. 66352-6-I.  Division One.  September 17, 2012.]

MARLA KRESS ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-28966-2, Jean A. Rietschel, J., entered December 3, 2010. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 66436-1-I.  Division One.  September 17, 2012.]

*In the Matter of the Guardianship of* RICK LEAVITT.

CAROLINE KLINE GALLAND HOME, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-4-02570-4, Jean A. Rietschel, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.